```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       JACKSON DIVISION
```

**UNITED STATES OF AMERICA**

**VS.**                         **CIVIL ACTION NO. 3:03CR40-WHB-JCS**

**DARRYL ZEIGLER**

<u>ORDER</u>

This cause is before the Court on Defendant's Motion to Correct Caption, which was filed with the Clerk of the Court on August 1, 2006, under docket entry no. 67. Through the Motion, Defendant seeks to correct the spelling of his last name on the records of the Clerk of the Court. The Motion is well taken and is HEREBY GRANTED. The Clerk of the Court is ordered to correct the spelling of Defendant's name from Z<u>ie</u>gler, to Z<u>ei</u>gler.

SO ORDERED this the 16th day of August, 2006.

                                   <u>s/ William H. Barbour, Jr.</u>
                                   UNITED STATES DISTRICT JUDGE

tct